No. 69271.—Bruce Duncan Co., Inc., a/c U.S. Asiatic Co., Inc. *v.* United States, protest 64/7389 (Los Angeles).

Opinion by Rao, J. In accordance with stipulation of counsel that the merchandise consists of battery-operated mixmasters similar in all material respects to those the subject of Abstract 68674, the claim of the plaintiff was sustained.

No. 69272.—Marconi Instruments, Ltd., et al. *v.* United States, protests 255184–K, etc. (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of voltmeters and similar articles the same in all material respects as those the subject of *United States* v. *G. L. Electronics, Inc., Arrow Sales, Inc.* (49 CCPA 111, C.A.D. 804), the claim of the plaintiffs was sustained.

No. 69273.—Lafayette Brass Co., Inc. *v.* United States, protests 64/21578, etc. (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of rotary lawn sprinklers or metal parts thereof similar in all material respects to those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (50 CCPA 56, C.A.D. 820), the claim of the plaintiff was sustained.